

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~XXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Sir:

Opinion No. 0-2662-A
Re: Authority of Governor to "cause
the laws to be faithfully exe-
cuted"

     With further reference to our opinion No. 0-2662,
recently addressed to you, it has come to our attention
that in discussing the questions therein submitted by you
we overlooked Section 24, Acts 1935, 44th Legislature, p.
444, ch. 181. As a result of this omission, that opinion
is incorrect, in that it fails to call to your attention
the powers vested in you by Section 24 of the Act referred
to, whereby you may "cause the laws to be faithfully exe-
cuted." We sincerely regret that this error occurred, and
hasten to modify 0-2662 to the end that it may be corrected.

     Section 24 of Acts 1935, 44th Legislature, p. 444,
ch. 181, reads as follows:

     "Upon the occurrence of a public disaster,
riot, or insurrection, or the formation of a
dangerous resistance to the enforcement of the
law, or for the purpose of performing his con-
stitutional duty to cause the laws to be enforced,
the Governor of this State shall have the authority
to assume the command of and direct the activities
and functions of the commission and of the de-
partment during the existence of such an emer-
gency or necessity. In the event that the Gov-
ernor of this State shall take such action, he
shall first use the officers and personnel of the
department other than the Texas Highway Patrol and
the said Patrol shall be so called upon or diverted
from its regular duties only in the event that
the department is otherwise unable to cope with
the emergency."

     In the original opinion, it was pointed out that
until the legislative branch of the State government should
provide means by which the Governor might effectively "cause

the laws to be faithfully executed", there was little that
the executive is able to do in order effectively to compel
the faithful execution of the laws of the State of Texas.
Section 24 of the act above referred to expressly authorizes
the Governor to assume the command of and direct the activ-
ities and functions of the Public Safety Commission and of
the Department of Public Safety when necessary for the pur-
pose of performing his constitutional duty to cause the
laws of the State to be enforced, during the existence of
such necessity.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/ R. W. Fairchild
R. W. Fairchild
Assistant

RWF:GO:wc


APPROVED SEP 16, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman